of Colorado. October 13, 1903. Dismissed with costs, on authority of counsel for plaintiff in error. *Mr. H. B. Johnson* for plaintiff in error. *Mr. C. S. Thomas, Mr. W. H. Bryant* and *Mr. H. H. Lee* for defendant in error.

---

No. 15. VEEDER B. PAINE, APPELLANT, *v.* JOHN FOSTER ET AL., TRUSTEES, ETC. Appeal from the Supreme Court of the Territory of Oklahoma. October 13, 1903. Dismissed with costs, pursuant to the tenth rule. *Mr. James R. Keaton* and *Mr. S. D. Luckett* for appellants. No appearance for appellees.

---

No. 22. J. F. HARDEMAN ET AL., PLAINTIFFS IN ERROR, *v.* KATIE TURNER ET AL. In error to the United States Circuit Court of Appeals for the Eighth Circuit. October 14, 1903. Dismissed with costs, pursuant to the nineteenth rule. *Mr. W. H. Ledbetter* and *Mr. S. T. Bledsoe* for plaintiffs in error. No appearance for defendants in error.

---

No. 29. ARSENE L. ARPIN ET AL., APPELLANTS, *v.* RAMON VALDEZ Y COBIAN ET AL. Appeal from the District Court of the United States for the District of Porto Rico. October 19, 1903. Dismissed with costs, on motion of counsel for the appellants. *Mr. N. T. M. Melliss* for appellants. *Mr. A. A. Hoehling, Jr.,* for appellees.

---

No. 40. UNITED STATES, APPELLANT, *v.* EDWARD G. PIERSON. Appeal from the Court of Claims. October 26, 1903. Dismissed, on motion of *Mr. Solicitor General Hoyt* for the appellant. *The Attorney General* for appellant. *Mr. George A. King* and *Mr. William B. King* for appellee.

---

No. 47. H. L. KAHN, TRUSTEE, APPELLANT, *v.* CONE EXPORT